UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIEL JAROCH, | ) |
| | ) |
| Plaintiff, | ) Case No. 17 CV 8518 |
| vs. | ) |
| | ) **Honorable** Virginia M. Kendall |
| | ) **Magistrate Judge** Honorable Daniel G. Martin |
| Florida Fruit Juices, Inc., | ) |
| Donald Franko, Sr., | ) |
| Donald Franko, Jr. and | ) |
| William J. Franko, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFFS MOTION TO COMPEL INSPECTION

Plaintiff, DANIEL JAROCH ("Plaintiff"), by his attorney THE LAW OFFICE OF JOHN IRELAND, and Motions this Court to Compel Defendants to allow Inspection of Plaintiff's former work place and states in support as follows:

## NATURE OF ACTION AND PARTIES

1. This civil action is brought by the above-named individual plaintiff who seeks redress for the Defendant's violations of his rights under the Fair Labor Standards Act, 29 U.S.C. § 201, et. seq. and for violations of the Illinois Minimum Wage Act ("IMWA"), 820 ILCS §105 et seq. and Illinois Wage Payment and Collection Act 820 ILCS 115/1 *et seq.* (West 2002)) (hereinafter "IWPCA" ) as well an common law claim of Conversion of Personal Property.

2. Plaintiff issued discovery (Interrogatories, Document Requests and Requests for Inspection) on February 28, 2018.

1

3. Defendant failed to answer discovery or engage in 37.2 communications.

4. Plaintiff brought a Motion to Compel, and Defendants counsel claimed to have been too busy to answer his email and voicemails.

5. Based on the Plaintiffs Motion, Defendant was ordered to Answer discovery by 6/8/18 and extended discovery deadline to 8/10/18. (Docket Document # 26).

6. Among the discovery requests issued in February, Plaintiff requested to inspect and photograph the Plaintiff's former work site. (See Plaintiff's Request to Inspect, attached to this Motion as Exhibit 1).

7. Defendants responded to Plaintiff's Request to Inspect on 5/11/18 via objection and correspondence. (See Defendants' Correspondence of 5/11/18 attached to this Motion as Exhibit 2).

8. Plaintiff counsel sent a correspondence pursuant to Local Rule 37.2 and replied to the Defendants' correspondence, replying to each of the various objections. (See Plaintiff's correspondence of 5/13/18 attached to this Motion as Exhibit 3).

9. On June 4, 2018 Defendant and Plaintiff counsel held a 37.2 telephone conference and were unable to resolve the issues related to the inspection request.

10. Based on Defendants objections and Plaintiff's 37.2 efforts, Plaintiff now asks the court to compel the inspection of the Plaintiff's former work place.

11. Plaintiff has fulfilled all 37.2 duties as shown in the attached 37.2 Declaration. (See Plaintiff's 37.2 Declaration, attached to this Motion as Exhibit 4).

WHEREFORE, Plaintiff asks the Court to enter an Order requiring Defendant to:

    a. allow inspection of property of Defendants.

b. Extend discovery deadlines by 30 days, if the Defendants' actions delay inspection and related discovery efforts by Plaintiff,
   c. Other relief that is just and right

Dated: 6/20/18                     Respectfully submitted,

                                                    ____/S/John C. Ireland

                                                    John Ireland
                                                    THE LAW OFFICE OF JOHN C. IRELAND
                                                      636 Spruce Street
                                                      South Elgin, IL 60177
                                                      Telephone: (630) 464-9675
                                                      Facsimile 630-206-0889
                                                      attorneyireland@gmail.com