UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIEL JAROCH, ) <br> ) <br> ) **Case No.** 17 CV 8518 <br> **Plaintiff,** ) <br> vs. ) **Honorable** Virginia M. Kendall <br> ) **Magistrate Judge** Honorable Daniel G. Martin <br> ) <br> Florida Fruit Juices, Inc., ) <br> Donald Franko, Sr., ) <br> Donald Franko, Jr. and ) <br> William J. Franko, ) <br> ) <br> **Defendants.** ) <br> ) | |

**PLAINTIFF'S REQUEST TO INSPECT**

Now comes Plaintiff, by his attorney request to inspect as follows:

Plaintiff requests to inspect Plaintiff's former work site on April 1, 2018 at 9:00 AM.

Plaintiff propounds the following Requests to Inspect on Defendants pursuant to FRCP (rule 34 and 26) and specifically of Rule 26(b) which reads: "to permit entry onto designated land or other property possessed or controlled by the responding party, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it". Plaintiff also states an intention to introduce the videotaped evidence at trial in whole or in part. Plaintiff further intends to use the videotaped evidence in depositions, to illuminate the work space of Plaintiff and others.

Definitions and Instructions

1

Definitions and Instructions

A. Document : Documents means anything within the scope of Federal Rule of Civil Procedure 34.
B. Neither the word "or" nor the word "and" should be interpreted so as to result in any document not being produced in Response to any of these Requests.
C. "You" refers to the Defendants and any of its agents or employees acting within the scope of their agency or employment.
D. Plaintiff means **DANIEL JAROCH**.

## REQUESTS

1. Access to Defendants premises at the Plaintiff's work location for the following purposes:
   a. Inspection and photographing of any federally required postings concerning employee rights under the FLSA and the areas surrounding the postings;
   b. Inspection and photographing of any required postings concerning employee rights under Illinois Law including Illinois Wage Laws.
2. Access to Defendants premises to view and photograph items from Plaintiff's work place and where Plaintiff performed work for Defendants, including all locations where Plaintiff worked.
3. Access to Defendants premises to view and photograph Plaintiff's personal property, as listed in the complaint.
4. Access to Defendants premises to view and photograph Plaintiff's work facilities that support Defendants claims of exemption from overtime including Plaintiff's:
   a. Office,
   b. Computer,
   c. Work station,
   d. Any other work areas that support or deny the Defendants' claims of salary exemption.

Dated: February 28, 2018

                                              Respectfully submitted,

                                              By:       -S- John C. Ireland
                                                           JOHN C. IRELAND
                                                            Attorney for the Plaintiff

John C. Ireland
The Law Office of John C. Ireland
     636 Spruce Street

Dated: February 26, 2018

                                              Respectfully submitted,

                                              By:       -S- John C. Ireland
                                                           JOHN C. IRELAND
                                                            Attorney for the Plaintiff

John C. Ireland
The Law Office of John C. Ireland
636 Spruce Street
South Elgin ILL
61077
630-464-9675
Facsimile 630-206-0889
Attorneyireland@gmail.com
Attorney Number 6283137